# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OTTO G. AICHINGER | ) | Case No. 14-10301 HRT |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SIMON E. RODRIGUEZ, as Chapter 7 Trustee | ) | Adversary No.14-01512 HRT |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| OTTO G. AICHINGER, III | ) | |
| PAULINE HAWTHORNE | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion To Withdraw Reference and Request For Trial By Jury (the "Motion", docket #18) filed January 6, 2015, by Defendant Pauline Hawthorne, the Plaintiff's Response (docket #23) filed January 7, 2015, and Defendant Pauline Hawthorne's Reply (docket #26) filed January 14, 2015.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LCivR 84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion and any relevant documents to the U.S. District Court for further action.

Dated:  January 27, 2015                                   BY THE COURT:

*Howard Tallman*

United States Bankruptcy Court Judge